AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Eve Williams, *individually and on behalf of all others similarly situated*,<br>*Plaintiff*<br>v.<br>Resurgent Capital Services LP; LVNV Funding LLC<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.   6-22-cv-3731-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that:

■ other: this case is dismissed.

This action was:

■ decided by the Honorable Timothy M. Cain.

Date:  June 1, 2023

*CLERK OF COURT*

s/L. K. McAlister, Deputy Clerk

*Signature of Clerk or Deputy Clerk*